United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTA MULATO,<br><br>      Plaintiff,<br><br>   v.<br><br>WMC MORTGAGE CORP.; LITTON LOAN SERVICING LP; JP MORGAN CHASE BANK, N.A.; CHASE HOME FINANCE LLP; CALIFORNIA COMBO MORTGAGE; DMW REALTY; ENRIQUE ALVAREZ; RESURGENT CAPITAL SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>      Defendants.<br>_____/ | No. C 09-03443 CW<br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANTS WMC MORTGAGE CORP., LITTON LOAN SERVICING LP, CALIFORNIA COMBO MORTGAGE, DMW REALTY AND ENRIQUE ALVAREZ |

    In its Order of October 27, 2009, the Court noted that its records did not show that Plaintiff had served WMC Mortgage Corp., Litton Loan Servicing, California Combo Mortgage, DMW Realty and Enrique Alvarez within 120 days of filing her original complaint as required by Federal Rule of Civil Procedure 4(m). (Docket No. 11.) The Court thereby ordered Plaintiff to serve her amended complaint on all Defendants within ten days of filing it and warned that her failure to comply with the order would result in dismissal with prejudice.

    Plaintiff filed her amended complaint on November 16, 2009. The ten-day period for Plaintiff to serve the abovementioned

Defendants has passed and there are no proofs of service before the Court to show that these Defendants were properly served. Accordingly, the Court dismisses with prejudice Plaintiff's claims against WMC Mortgage Corp., Litton Loan Servicing, California Combo Mortgage, DMW Realty and Enrique Alvarez.

Defendants JP Morgan Chase Bank, N.A. and Chase Home Finance LLP (collectively, Chase) have filed a motion to dismiss Plaintiff's amended complaint. Defendant Resurgent Capital Services has joined in Chase's motion. As noted in the Clerk's Notice of December 4, 2009, Plaintiff's opposition to this motion will be due December 17, 2009, and any reply will be due December 24, 2009. This motion will be taken under submission on the papers.

IT IS SO ORDERED.

Dated: December 17, 2009

CLAUDIA WILKEN
United States District Judge